UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJID ABDOFARA

    Plaintiff,

v.

    Case No. 25-cv-10035
    Honorable Linda V. Parker

ROBERT DUNLAP, et al.,

    Defendants.
_____/

**<u>OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 28), GRANTING MOTION TO SEVER (ECF NO. 21), AND DENYING MOTION TO CONSOLIDATE (ECF NO. 24)</u>**

Plaintiff, a pretrial detainee at the Wayne County Adult Detention Center, commenced this lawsuit against eight individuals on January 6, 2025. (ECF No. 1.) Defendants filed a motion to sever on June 30, 2025 (ECF No. 21), and Plaintiff filed a motion to consolidate on July 21, 2025 (ECF No. 24.) The matter has been assigned to Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On October 9, 2025, Magistrate Judge Altman issued a report and recommendation ("R&R") recommending that the Court grant Defendants' motion

and deny Plaintiff's motion.  (ECF No. 28.)  At the conclusion of the R&R, Magistrate Judge Altman advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to consolidate (ECF No. 24) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion to sever (ECF No. 21) is **GRANTED** and Plaintiff's claims against the following Defendants are **DISMISSED WITHOUT PREJUDICE**: Robert Dunlap, Rose, Mitchell, Holman, Wilson, and Dennis.  These individuals are **TERMINATED AS PARTIES** to this action.  Only Plaintiff's claim against Corporal Deputy Sumera, alleging an assault based on ethnicity in violation of the Fourteenth Amendment, will proceed in this action.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: October 30, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 30, 2025, by electronic and/or U.S. First Class mail.

                                                      s/Aaron Flanigan
                                                     Case Manager