UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJID ABDOFARA,

       Plaintiff,                         Case No. 25-cv-10035
                                        Honorable Linda V. Parker

v.

FRANK SUMBERA,

       Defendant.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 34) AND GRANTING DEFENDANT'S MOTION TO DISMISS (ECF NO. 31)

Plaintiff, while a pretrial detainee at the Wayne County Adult Detention Center, commenced this lawsuit against eight individuals on January 6, 2025. (ECF No. 1.)  Defendants filed a motion to sever on June 30, 2025 (ECF No. 21), which the Court granted on October 30, 2025 (ECF No. 29), leaving only Frank Sumbera as a defendant in this action.  Sumbera filed a motion to dismiss on January 12, 2026.  (ECF No. 31.)  The matter has been assigned to Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 8.)

On January 12, 2026, Magistrate Judge Altman issued an order requiring Plaintiff to file a response to Sumbera's motion by February 12, 2026.  (ECF No. 32.)  Magistrate Judge Altman warned Plaintiff that the failure to timely respond may result in a recommendation that the motion be granted based on Plaintiff's failure to prosecute.  (1/12/26 Text Entry.)  Magistrate Judge Altman sent the order to Plaintiff at his address on record (1/12/26 Text Entry); however, it was returned as undeliverable (ECF No. 33).  The parties were informed early in this case of their responsibility to notify the Court of any change(s) to their contact information.  (ECF No. 4.)

On February 19, 2026, Magistrate Judge Altman issued a report and recommendation ("R&R") recommending that the Court grant Sumbera's motion and dismiss this case based on Plaintiff's failure to prosecute.  (ECF No. 34.)  At the conclusion of the R&R, Magistrate Judge Altman advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman.  The Court therefore adopts the R&R.

Accordingly,

2

**IT IS ORDERED** that Defendant Sumera's motion to dismiss (ECF No. 31)

is **GRANTED**.

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: March 13, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of
record and/or pro se parties on this date, March 13, 2026, by electronic and/or
U.S. First Class mail.

                                        s/Aaron Flanigan
                                        Case Manager